FILED

JUL 01 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant RAFAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-0352-DLJ |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO PERMIT TRAVEL OUT OF DISTRICT |
| MANUEL RAFAEL, | ) | |
| Defendant. | ) | |

Defendant Manuel Rafael is currently under pretrial supervision in the Northern District of California. As a condition of his release, Mr. Rafael's travel is restricted to the Northern District. Over the coming weekend, Mr. Rafael's family plans to spend four days at Lake Tahoe, leaving on July 2 and returning home on July 5. The Pretrial Services Agency has been contacted and has no objection to the proposed travel. Therefore, the parties hereby stipulate and agree that Mr. Rafael's terms and conditions of pretrial release should be modified to permit him to travel to Lake Tahoe with his family, leaving on July 2 and returning home on July 5, provided that Mr. Rafael provide the Pretrial Services Agency with an itinerary that identifies where he will be

STIP RE: TRAVEL                              - 1 -

staying and when he will be returning home.

SO STIPULATED.

Dated:      June 30, 2005              /S/
                                       _____
                                       MERRY JEAN CHAN
                                       Assistant United States Attorney

SO STIPULATED.

Dated:      June 30, 2005              /S/
                                       _____
                                       HILARY A. FOX
                                       Attorney for Defendant RAFAEL

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature /S/ within this e-filed document.

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that defendant Manuel Rafael, who is currently under pre-trial supervision by the Pretrial Services Agency, be permitted to travel outside the Northern District of California to Lake Tahoe, California, from July 2, 2005 until July 5, 2005, for the purpose of traveling with his family.

IT IS SO ORDERED.

Dated: ___Jul 1___, 2005              _____
                                       D. LOWELL JENSEN
                                       United States District Court

STIP RE: TRAVEL                                    - 2 -