1 | can be reached.

2

3 | SO STIPULATED.

4 | Dated: August 8, 2005                    /S/

5 |                                          ――――――――――――――――
  |                                          MERRY JEAN CHAN
6 |                                          Assistant United States Attorney

7 | SO STIPULATED.

8 | Dated: August 5, 2005                    /S/

9 |                                          ――――――――――――――――
  |                                          HILARY A. FOX
10|                                          Attorney for Defendant RAFAEL

11| I hereby attest that I have on file all holograph signatures for any signatures indicated by a

12| "conformed" signature (/S/) within this efiled document.

13|                                   ORDER

14|     Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the

15| ORDER of this Court that defendant Manuel Rafael, who is currently under pre-trial supervision

16| by the Pretrial Services Agency, be permitted to travel outside the Northern District of California

17| to Lake Comanche, California, from August 26, 2005 until August 27, 2005, for the purpose of

18| traveling with his family.

19|     IT IS SO ORDERED.

20| Dated:    AUG 16    , 2005              ――――――――――――――――
21|                                          D. LOWELL JENSEN
22|                                          United States District Court

```
FILED
AUG 16 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant RAFAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-0352-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO PERMIT TRAVEL OUT OF DISTRICT |
| MANUEL RAFAEL, | ) | |
| Defendant. | ) | |

    Defendant Manuel Rafael is currently under pretrial supervision in the Northern District of California. As a condition of his release, Mr. Rafael's travel is restricted to the Northern District. On August 26 and 27, 2005, Mr. Rafael's family plans to spend two days at Lake Comanche, California. The Pretrial Services Agency has been contacted and has no objection to the proposed travel. Therefore, the parties hereby stipulate and agree that Mr. Rafael's terms and conditions of pretrial release should be modified to permit him to travel to Lake Comanche with his family, leaving on August 26 and returning home on August 27, 2005, provided that Mr. Rafael provide the Pretrial Services Agency with an itinerary that identifies where he will be staying and how he

STIP RE: TRAVEL             - 1 -