BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant RAFAEL



RECEIVED
SEP 12 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 21 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> MANUEL RAFAEL, <br>     Defendant. | No. CR 05-0352-DLJ <br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE <br> Date: Sept. 23, 2005 <br> Time: 10:00 a.m. <br> Court: Hon. D. Lowell Jensen <br> U.S. District Court |

Defendant Manuel Rafael is currently scheduled to appear for sentencing on Sept 23, 2005, at 10:00 a.m. At this time, the draft presentence report has been completed and the parties have submitted their responses to the Probation Office. In order to afford a brief additional period of time for the parties to complete sentencing preparations and attempt to resolve some of the objections that have been raised, the parties submit this stipulation jointly to request that the sentencing hearing be continued for two weeks until October 7, 2005, at 10:00 a.m. Mr. Rafael is out of custody and has no objection to this brief continuance. The Probation Officer has no objection to the proposed continuance and will be available on October 7, 2005.

SO STIPULATED.

Dated: 9/12, 2005

MERRY JEAN CHAN
Assistant United States Attorney

STIP & ORDER TO CONT SENT                - 1 -

SO STIPULATED.

Dated: Sept 12, 2005 ~~June 30, 2005~~

HILARY A. FOX
Attorney for Defendant RAFAEL

ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the sentencing hearing currently scheduled for September 23, 2005, shall be continued until October 7, 2005, at 10:00 a.m.

IT IS SO ORDERED.

Dated: Sep 21, 2005

D. LOWELL JENSEN
United States District Court