

FILED

OCT 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant RAFAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL RAFAEL,<br><br>Defendant. | No. CR 05-0352-DLJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE<br>SENTENCING DATE<br><br>Date:  Sept. 23, 2005<br>Time:  10:00 a.m<br>Court:  Hon. D. Lowell Jensen<br>         U.S. District Court |

Defendant Manuel Rafael is currently scheduled to appear for sentencing on Sept 23, 2005, at 10:00 a.m. At this time, the draft presentence report has been completed and the parties have submitted their responses to the Probation Office. In order to afford additional time for the parties to complete sentencing preparations and attempt to resolve some of the objections that have been raised, the parties submit this stipulation jointly to request that the sentencing hearing be continued until November 4, 2005, at 10:00 a.m. Mr. Rafael is out of custody and has no objection to this continuance. The Probation Officer has no objection to the proposed continuance and will be available on November 4, 2005.

SO STIPULATED.

Dated: October 4, 2005           /S/
                                 _____
                                 MERRY JEAN CHAN
                                 Assistant United States Attorney

STIP & ORDER TO CONT SENT           - 1 -

SO STIPULATED.

Dated: October 4, 2005                                          /S/
                                                                _____
                                                                HILARY A. FOX
                                                                Attorney for Defendant RAFAEL

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: October 4, 2005                                          /S/
                                                                _____
                                                                MARILEE BARBEAU
                                                                Legal Secretary

### ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the sentencing hearing currently scheduled for September 23, 2005, shall be continued until November 4, 2005, at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____Oct 5_____, 2005                                    _____
                                                                D. LOWELL JENSEN
                                                                United States District Court