FILED

NOV 0 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant RAFAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MANUEL RAFAEL,<br><br>            Defendant. | No. CR 05-0352-DLJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE<br>SENTENCING DATE<br><br>Date:   November 4, 2005<br>Time:  10:00 a.m<br>Court:  Hon. D. Lowell Jensen<br>          U.S. District Court |

     Defendant Manuel Rafael is currently scheduled to appear for sentencing on November 4, 2005, at 10:00 a.m. At this time, the parties have not yet completed all of the sentencing preparations. In order to afford additional time for the parties to complete sentencing preparations, the parties submit this stipulation jointly to request that the sentencing hearing be continued until January 6, 2006, at 10:00 a.m. Mr. Rafael is out of custody and has no objection to this continuance. The Probation Officer has no objection to the proposed continuance and will be available on January 6, 2006.

SO STIPULATED.

Dated:   November 1, 2005          /S/
_____
MERRY JEAN CHAN
Assistant United States Attorney

STIP & ORDER TO CONT SENT      - 1 -

SO STIPULATED.

Dated: November 1, 2005                    /S/
                                           _____
                                           HILARY A. FOX
                                           Attorney for Defendant RAFAEL

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

Dated: November 1, 2005                    /S/
                                           _____
                                           MARILEE BARBEAU
                                           Legal Secretary

### ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the sentencing hearing currently scheduled for November 4, 2005, shall be continued until January 6, 2006, at 10:00 a.m.

IT IS SO ORDERED.

Dated: ___Nov 1___, 2005              _____
                                           D. LOWELL JENSEN
                                           United States District Court

STIP & ORDER TO CONT SENT                  - 2 -