```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  HILARY A. FOX
    Assistant Federal Public Defender
 3  555 12th Street, Suite 650
    Oakland, CA 94607
 4  Tel: (510) 637-3500
    Counsel for Defendant RAFAEL
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                    Plaintiff, )<br>        v.                          )<br>                                     )<br>MANUEL RAFAEL,                       )<br>                    Defendant.      )<br>_____) | No. CR 05-0352-DLJ (WDB)<br><br>STIPULATION AND<br>ORDER TO PERMIT DEFENDANT<br>TO EXCEED CURFEW ON TWO<br>EVENINGS |

   Defendant Manuel Rafael is currently under pretrial supervision in the Northern District of California. As a condition of his release, Mr. Rafael has been subject to a curfew that requires him to be home by 10:00 p.m. each night. On December 18, Mr. Rafael's family plans to attend a Christmas Dance at their local Portuguese center (the Flor Du Oakley Hall), sponsored by their church. Mr. Rafael's grandparents, parents, sister, and his three young daughters will all be in attendance, and Mr. Rafael would like to attend with them. Similarly, on New Year's Eve, Mr. Rafael's entire family plans to attend an event at the Portuguese center, and he has requested permission to attend with them.

   The Pretrial Services Agency has been contacted and has no objection to modifying Mr. Rafael's curfew on these two evenings to permit him to stay out at the dance with his family until

12:00 midnight on December 18, and to stay out at the event on New Year's Eve with his family until 1:00 a.m. Therefore, the parties hereby stipulate and agree that Mr. Rafael's terms and conditions of pretrial release should be modified to permit him to exceed his curfew on both of these occasions as stated above.

SO STIPULATED.

Dated:    December 16, 2005               /S/
                                          _____
                                          MERRY JEAN CHAN
                                          Assistant United States Attorney

SO STIPULATED.

Dated:    December 16, 2005               /S/
                                          _____
                                          HILARY A. FOX
                                          Attorney for Defendant RAFAEL

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

### ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that defendant Manuel Rafael, who is currently under pre-trial supervision by the Pretrial Services Agency and subject to a curfew, be permitted to exceed his curfew on December 18, 2005, in order to attend a holiday celebration with his family at the Flor Du Oakley Hall until 12:00 midnight, and also on New Year's Even, in order to attend a holiday celebration with his family at the same location until 1:00 a.m.

IT IS SO ORDERED.

Dated:  December 16, 2005                 /s/ Wayne D. Brazil
                                          _____
                                          WAYNE D. BRAZIL
                                          United States Magistrate Judge

STIP RE: CURFEW                                    - 3 -