BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant RAFAEL

**FILED**

JAN 0 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br> MANUEL RAFAEL,               )<br>                              )<br>        Defendant.            )<br>_____) | No. CR 05-0352-DLJ<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO WITHDRAW<br>STIPULATION FILED DECEMBER<br>22, 2005<br><br>Date:     January 6, 2006<br>Time:     10:00 a.m<br>Court:    Hon. D. Lowell Jensen<br>          U.S. District Court |

   Defendant Manuel Rafael is scheduled to appear for sentencing on January 6, 2006, for his role in a conspiracy to distribute methamphetamine. The Presentence Report does not specify any quantity of methamphetamine for sentencing purposes. To avoid the need for a contested hearing on the issue of drug quantity, the parties submitted on December 22, 2005, a stipulation to establish the drug quantity.

   The parties now agree that the correct quantity attributable to Mr. Rafael for purposes of sentencing is 34.9 grams. The parties have therefore entered into a second, revised stipulation establishing that the drug quantity for sentencing purposes is 34.9 grams, not 56.5 grams, of actual methamphetamine. This stipulation was filed on December 30, 2005.

STIP & ORDER TO WITHDRAW STIP            - 1 -

To eliminate confusion from the record, the parties therefore submit this stipulation and proposed order to request that the Court permit the parties to withdraw the previously-filed stipulation (i.e., the stipulation filed on December 22, 2005, setting the quantity at 56.5 grams). The parties apologize for any inconvenience or confusion that has been caused

SO STIPULATED.

Dated:   December 30, 2005          /S/
                                    _____
                                    MERRY JEAN CHAN
                                    Assistant United States Attorney

SO STIPULATED.

Dated: December 30, 2005            /S/
                                    _____
                                    HILARY A. FOX
                                    Attorney for Defendant RAFAEL

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the Stipulation of Drug Quantity for Sentencing filed on December 22, 2005, is deemed withdrawn.

IT IS SO ORDERED.

Dated:  Jan 3, 2006                 _____
                                    D. LOWELL JENSEN
                                    United States District Court

STIP & ORDER TO WITHDRAW STIP           - 2 -