FILED

JAN 19 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant RAFAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MANUEL RAFAEL,<br><br>　　　　　Defendant. | No. CR 05-0352-DLJ (WDB)<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO PERMIT DEFENDANT<br>TO EXCEED CURFEW ON TWO<br>EVENINGS |

　　　Defendant Manuel Rafael has been sentenced and is scheduled to surrender to the Bureau of Prisons on March 13, 2006, for service of his sentence. In the meantime, he remains under pretrial supervision in the Northern District of California. As a condition of his release, Mr. Rafael has been subject to a curfew that requires him to be home by 10:00 p.m. each night. On January 21 and January 28, 2006, Mr. Rafael's family plans to attend evening events at their local Portuguese center (the Flor Du Oakley Hall), sponsored by their church. Mr. Rafael's grandparents, parents, sister, and eldest daughter will all be in attendance, and Mr. Rafael would like to attend with them.

　　　The Pretrial Services Agency has been contacted and has no objection to modifying Mr. Rafael's curfew on these two evenings to permit him to stay out at these events with his family until 12:00 midnight on January 21 and January 28, 2006. Therefore, the parties hereby stipulate

and agree that Mr. Rafael's terms and conditions of pretrial release should be modified to permit him to exceed his curfew on both of these occasions as stated above.

SO STIPULATED.

Dated:       January 18, 2006          /S/

                                       _____
                                       MERRY JEAN CHAN
                                       Assistant United States Attorney

SO STIPULATED.

Dated:       January 17, 2006          /S/

                                       _____
                                       HILARY A. FOX
                                       Attorney for Defendant RAFAEL

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that defendant Manuel Rafael, who has been sentenced but currently remains under pre-trial supervision by the Pretrial Services Agency and subject to a curfew, be permitted to exceed his curfew until 12:00 midnight on January 21 and on January 28, 2006, in order to attend events with his family at the Flor Du Oakley Hall.

IT IS SO ORDERED.

Dated:   Jan 19   , 2006

                                       _____
                                       ~~WAYNE D. BRAZIL~~
                                       United States ~~Magistrate~~ Judge
                                       United States District Judge

STIP RE: CURFEW                        - 2 -