**FILED**

JAN 1 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
* * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. CR–05–00352–DLJ |
| | ) | |
| VS | ) | |
| | ) | **ORDER FOR** |
| MANUEL JOSEPH RAFAEL    Defendant. | ) | **VOLUNTARY SURRENDER** |

Defendant has requested permission to report voluntarily, at defendant's own expense, to the federal institution designated by the Bureau of Prisons for service of defendant's sentence:

IT IS HEREBY ORDERED THAT:

(1)    A stay of execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

(2)    Defendant shall immediately report to the United States Marshal's Office, Room 150C, 1301 Clay Street, Oakland , for further instructions, which Defendant shall follow precisely.

(3)    As Notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons on or before(2:00 p.m. on MARCH 13, 2006 . If there has been no designation made prior to the surrender date, then the Defendant is to report to the above office of the United States Marshal by(2:00 p.m. on the surrender date.

(4)    Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

FAILURE TO APPEAR as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated:    1-13-06

_____
United States District Judge

cc: U.S. Marshal, AUSA, Defense Attorney, Probation

COPIES MAILED TO
PARTIES OF RECORD