1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant RAFAEL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>     v.                           )<br>                                  )<br> MANUEL RAFAEL,                   )<br>                                  )<br>           Defendant.             )<br>_____) | No. CR 05-0352-DLJ (WDB)<br><br>STIPULATION AND ORDER TO<br>ELIMINATE CURFEW CONDITION |

Defendant Manuel Rafael has been sentenced and is scheduled to surrender to the Bureau of Prisons on March 13, 2006, for service of his sentence. In the meantime, he remains under pretrial supervision in the Northern District of California. As a condition of his release, since June 27, 2005, Mr. Rafael has been subject to a curfew that requires him to be home by 10:00 p.m. each night. The curfew is monitored by means of late-night telephone calls made to Mr. Rafael's residence.

The parties stipulate and agree that, at this time, the release condition imposing a curfew should be vacated so that the late-night telephone calls will cease. The Pretrial Services Agency has been contacted and has no objection to eliminating the curfew requirement from Mr. Rafael's

STIP RE: ELIMINATE CURFEW                - 1 -

conditions of pretrial release. All other terms and conditions of release will remain in effect.

SO STIPULATED.

Dated: February 1, 2006        /S/
_____
MERRY JEAN CHAN
Assistant United States Attorney

SO STIPULATED.

Dated: February 1, 2006        /S/
_____
HILARY A. FOX
Attorney for Defendant RAFAEL

### SIGNATURE ATTESTATION

____I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

### ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that defendant Manuel Rafael's conditions of release are modified to the extent that the release condition imposing a curfew is hereby eliminated. All other terms and conditions of release will remain in effect until Mr. Rafael surrenders for service of his sentence on or about March 13, 2006.

IT IS SO ORDERED.

Dated: February 1, 2006

WAYNE D. BRAZIL
United States Magistrate Judge

STIP RE: ELIMINATE CURFEW               - 2 -