BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant RAFAEL

FILED

MAR 0 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> MANUEL RAFAEL, </br> Defendant. | No. CR 05-0352-DLJ </br> STIPULATION AND [PROPOSED] ORDER TO PERMIT TRAVEL OUT OF DISTRICT |

Defendant Manuel Rafael has been sentenced and is scheduled to surrender to the Bureau of Prisons on March 13, 2006, for service of his sentence. In the meantime, he remains under pretrial supervision in the Northern District of California. As a condition of his release, Mr. Rafael's travel is restricted to the Northern District of California.

On March 5th, 6th & 7th, 2006, Mr. Rafael's family plans to spend three days at Lake Tahoe, Nevada. Mr. Rafael wishes to go with his family for this out-of-district travel. The Pretrial Services Agency has been contacted and has objected on grounds that Mr. Rafael missed a drug test on Sunday, February 5, 2006. There is no dispute that while on pretrial release: Mr. Rafael has never tested positive for drugs; this is the first time Mr. Rafael has missed a test since September 18, 2005 (at which point he called to explain his absence and reported the next day for

STIP RE: TRAVEL  - 1 -

1  testing and tested clean); and Mr. Rafael has not missed any additional tests since the February 5
2  test date. Taking into account all of these circumstances and Mr. Rafael's behavior while on
3  pretrial release, the government has no objection to the proposed travel.
4      Therefore, the parties hereby stipulate and agree that Mr. Rafael's terms and conditions of
5  pretrial release should be modified to permit him to travel to Lake Tahoe with his family, leaving
6  on March 5th and returning home on March 7th, 2006, provided Mr. Rafael give the Pretrial
7  Services Agency an itinerary that identifies where he will be staying and how he can be reached
8  SO STIPULATED.
9  Dated:   3/2  , 2006

MERRY JEAN CHAN
Assistant United States Attorney

12  SO STIPULATED.
13  Dated:   March 2, 2006

HILARY A. FOX
Attorney for Defendant RAFAEL

17                    ORDER
18      Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the
19  ORDER of this Court that defendant Manuel Rafael, who is currently under pre-trial supervision
20  by the Pretrial Services Agency, be permitted to travel outside the Northern District of California
21  to Lake Tahoe, Nevada, from March 5, 2006, until March 7, 2006, for the purpose of traveling
22  with his family.
23      IT IS SO ORDERED.
24  Dated:   March 3  , 2006

D. LOWELL JENSEN
United States District Court

STIP RE: TRAVEL                      - 2 -

**Other Documents**
4:05-cr-00352-DLJ USA v. Rafael CASE CLOSED on 01/13/2006

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available*.
See the FAQ posting "I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink..." on the ECF home page at

The following transaction was received from Fox, Hilary on 3/3/2006 at 10:14 AM PST

**Case Name:**       USA v. Rafael
**Case Number:**     4:05-cr-352
**Filer:**           Dft No. 1 - Manuel Joseph Rafael
**Document Number:** 62

**Docket Text:**
STIPULATION *and [Proposed] Order to Permit Travel Out of District* by Manuel Joseph Rafael (Fox, Hilary) (Filed on 3/3/2006)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Q:\Rafael, Manuel Joseph 05086\Uploads\stip re travel3.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/3/2006] [FileNumber=2450889-0] [
a319f083798121ce6e1acfb859cd66ec4079953d8df1f9ba4767b54da687f7ecb96535
199e095516aac3025c4542718379cc3db69240431991a2f2919b5b13fe]]

**4:05-cr-352-1 Notice will be electronically mailed to:**

Merry Jean Chan      merry.chan@usdoj.gov, cynthia.daniel@usdoj.gov

Hilary A. Fox     Hilary_Fox@fd.org, marilee_barbeau@fd.org; canok_ecf@fd.org

**4:05-cr-352-1 Notice will NOT be electronically mailed to:**