```
FILED
APR 13 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant RAFAEL
5
6
7           IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,           )
                                        )  No. CR 05-0352-DLJ
11              Plaintiff,              )
                                        )  [~~PROPOSED~~] ORDER TO
12      v.                              )  EXONERATE BOND
                                        )
13 MANUEL RAFAEL,                       )
                                        )
14              Defendant.              )
   _____)
15

    Defendant Manuel Rafael was sentenced on January 13, 2006, and on March 13, 2006, he surrendered to the Bureau of Prisons to commence service of his sentence. Because Mr. Rafael's criminal case is now concluded, the Court hereby ORDERS that the bond in this matter is exonerated. The property posted to secure Mr. Rafael's pretrial release shall be returned to its rightful owners forthwith.

    IT IS SO ORDERED.

Dated: April 13, 2006

                                        _____
                                        D. LOWELL JENSEN
                                        United States District Court

ORDER EXONERATING BOND              - 1 -